**LINK:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 14–09953 BRO (RZx) | Date | February 17, 2015 |
|---|---|---|---|
| Title | BAO CHEN V. KELLWOOD COMPANY, LLC ET AL. | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | | |
|---|---|---|---|
| Renee A. Fisher | Not Present | N/A | |
| Deputy Clerk | Court Reporter | Tape No. | |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   (IN CHAMBERS)

### ORDER REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION

Plaintiff Bao Chen ("Plaintiff") initiated this action on September 30, 2014 in the Superior Court of California, County of Los Angeles.  (Dkt. No. 1 at Ex. A.)  Plaintiff filed a First Amended Complaint on November 14, 2014.  (*Id.* at Ex. B.)  The First Amended Complaint names Kellwood Company, LLC ("Kellwood") and Sun Capital Partners, Inc. ("Sun Capital") as defendants in this matter.  On December 31, 2014, Kellwood removed the matter to this Court, invoking the Court's diversity jurisdiction.  (*See* Removal.)  Plaintiff voluntarily dismissed Sun Capital before removal.  (*Id.* ¶ 16.)

The Notice of Removal failed to adequately allege Kellwood's citizenship.  As a result, the Court issued an order to show cause as to why this case should not be remanded for lack of subject matter jurisdiction.  (Dkt. No. 11.)  Kellwood timely responded to the order.  (Dkt. No. 12.)  Kellwood's response indicates its intent to withdraw the petition for removal and consent to this matter's remand.  Accordingly, the Court **REMANDS** this case to the Superior Court of California, County of Los Angeles.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |